UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL IP HOLDINGS, LLC, et al.,

    Plaintiffs,

v.                                          Case No. 13-13988

GREEN PLANET, INC.,

    Defendant.
                                           /

## ORDER SETTING BRIEFING SCHEDULE AND SUSPENDING DISCOVERY

On January 29, 2014, the court conducted a telephone conference with counsel. During the conference, Defense counsel indicated his intention to soon file a motion for summary judgment. Pursuant to the court's recommended course of action, the parties agreed to suspend formal discovery pending resolution of that motion. Accordingly,

IT IS ORDERED that Defendant is DIRECTED to file a motion for summary judgment with a brief of no more than twenty-five pages by **February 12, 2014**. Plaintiffs' response with a brief of no more than twenty-five pages is due by **March 5, 2014**. Defendant may file an optional reply of no more than ten pages by **March 19, 2014**.

Finally, IT IS ORDERED that all formal discovery obligations are SUSPENDED pending resolution of Defendant's motion for summary judgment.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: January 31, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2014, by electronic and/or ordinary mail.

            s/Lisa Wagner
            Case Manager and Deputy Clerk
            (313) 234-5522