**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

INTERNATIONAL IP HOLDINGS, LLC, and
INNOVATION VENTURES, LLC,

    Plaintiffs,

v.                                      Case No.  13-13988

GREEN PLANET, INC.,

    Defendant.
                                          /

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO
AMEND/CORRECT DISCOVERY DEADLINE**

On August 4, 2014, the court held an on-the-record telephonic motion hearing regarding Plaintiffs' "Motion to Amend/Correct Discovery and Trial Plan."  The court corrected Plaintiffs' mistaken impression that the court's scheduling order contemplated a bifurcated trial, and reiterated that only discovery is phased.  Following the parties' completion of discovery into the likelihood-of-confusion factors, the court anticipates that Defendant will renew its motion for summary judgment.  If the motion is denied, the court will allow further discovery into damages before proceeding to trial.  If the motion is granted, the court anticipates that much (if not all) of the case will be resolved.  The court also considered Plaintiffs' arguments that a six-month extension of the current four-month period of discovery is necessary; Defendants argued that a more limited extension is appropriate.  For the reasons more fully stated on the record,

IT IS ORDERED that Defendants' "Motion to Amend/Correct Discovery Deadline" is GRANTED IN PART.  The court's discovery deadline will be extended until

**September 30, 2014.**  However, discovery will remain limited to the likelihood-of-confusion factors, as contemplated in the court's April 18, 2014, opinion and order. (Dkt. # 35, Pg. ID 574–75.)  The remainder or Plaintiffs' motion is DENIED.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  August 5, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 5, 2014, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522