# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **INTERNATIONAL IP HOLDINGS, LLC,** a Michigan limited liability company **and INNOVATION VENTURES, LLC,** a Michigan limited liability company,<br><br>*Plaintiffs,*<br><br>v.<br><br>**GREEN PLANET, INC.,** a California corporation,<br><br>*Defendant.* | Case No. 2:13-cv-13988-RHC-PJK<br><br>HON. ROBERT H. CLELAND<br>Mag. Judge Paul J. Komives |

## ORDER TO AMEND SCHEDULING ORDER
## REGARDING EXPERT REPORT AND DEPOSITION DEADLINES

The Court, having considered the Parties' Stipulated Motion to Amend the Scheduling Order Regarding Expert Report and Deposition Deadlines, hereby, GRANTS the Parties' request to amend the expert report deadlines currently set in the Scheduling Order (Dkt. No. 40 at ¶5) as follows:

        Expert Reports:        10/21/2014

        Rebuttal Reports:      11/3/2014

        Expert Depositions:    12/16/2014

IT IS SO ORDERED.


Dated:_September 18, 2014        s/Robert H. Cleland
                                              Honorable Robert H. Cleland
                                              United States District Court Judge