# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL IP HOLDINGS, LLC, et al., | CASE NO. 2:13-cv-13988-RHC-PJK |
| Plaintiffs, | Honorable Robert H. Cleland |
| v. | Magistrate Judge Paul J. Komives |
| GREEN PLANET, INC., | |
| Defendant. | |

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER

The Court, having conducted a telephonic status conference on October 1, 2014, having considered the parties' Stipulated Motion to Amend the Scheduling Order, and otherwise being advised in the premises, hereby GRANTS the motion.

Therefore, the amended deadlines are as follows:

November 24, 2014 for expert rebuttal reports;

December 19, 2014 for remaining depositions, including expert depositions; and

January 26, 2015 for dispositive motions regarding the likelihood of confusion factors for Plaintiff's claim of trademark infringement.

The Court also hereby vacates the February 2, 2015 trial date (and associated dates therewith) and holds such trial date in abeyance until resolution of any dispositive motions and further order of the Court.

IT IS SO ORDERED.

Dated: December 15, 2014                    s/Robert H. Cleland
                                            Honorable Robert H. Cleland
                                            United States District Court Judge


Presented by:


LAUSON & TARVER LLP

By:/s/ Robert J. Lauson
    Robert J. Lauson, Esq.
    880 Apollo St., Suite 301
    El Segundo, CA 90245
    (310) 726-0892
    bob@lauson.com

    Attorney for Defendant,
    GREEN PLANET, INC.


BROOKS KUSHMAN P.C.

By:/s/ Mark A. Cantor
    Mark A. Cantor, Esq.
    1000 Town Center, Twenty-Second Fl.
    Southfield, Michigan 48075
    (248) 358-4400
    mcantor@brookskushman.com

    Attorneys for Plaintiffs
    INTERNATIONAL IP
    HOLDINGS, LLC, et al.


/ / /